IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DUSTIN RIGGIO, individually, and in his representative capacity as Administrator of the Estate of Kim Mills, deceased, and on behalf of all wrongful death beneficiaries of Kim Mills, deceased**                                          **PLAINTIFF**

v.                                          CAUSE NO. 1:18CV218-LG-RHW

**ISREAL PRUNEDA, et al**                                          **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the settlement agreement. In the event the Chancery Court does not approve the settlement, parties can move to reopen the case if necessary.

**SO ORDERED AND ADJUDGED** this the 20th day of December, 2019.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge